### WAIVER OF SERVICE OF SUMMONS

*TO:* **United States Marshal's Service**

*I acknowledge receipt of **Nilsen** v. **Zeffiro, et al** which is case number **Civil Action No. 2:25-cv-00745** in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.*

*I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.*

*I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.*

*I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after* March 12, 2026 *(date request was sent), or within 90 days after that date if the request was sent outside the United States.*

*DATE:* March 12, 2026

*SIGNATURE:* /s/Andrew J. Horowitz, Esq.

*Printed/typed name:* Andrew J. Horowitz, Esq

*Title if any:*

*Counsel For:* Drew Moves, LLC