IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MIKAL NILSEN,

*Plaintiff*,

v.

ANDREW ZEFFIRO, *et al*,

*Defendants*.

Civil Action No. 2:25-cv-745

Hon. William S. Stickman IV
Hon. Kezia O. L. Taylor

**ORDER OF COURT**

*Pro se* Plaintiff Mikal Nilsen ("Nilsen") filed a complaint on May 27, 2025, in the Eastern District of Pennsylvania, without paying the filing fee or seeking *in forma pauperis* status, using an Allegheny County Magisterial District Judge Civil Complaint form. (ECF No. 1). The case was then transferred to this district. (ECF No. 3). On June 3, 2025, United States Magistrate Judge Kezia O. L. Taylor issued a Deficiency Order directing that the case be administratively closed pending Plaintiff submitting a motion to proceed *in forma pauperis* or paying the filing fee. (ECF No. 5). Plaintiff filed a motion to proceed *in forma pauperis*, and on July 9, 2025, Magistrate Judge Taylor granted the motion and reopened the case. (ECF Nos. 6-9). What transpired thereafter is Plaintiff's failure to serve Defendant Miracle Movers of Pittsburgh, LLC, failure to respond to Defendant Andrew Zeffiro's Motion to Dismiss, and failure to respond to Magistrate Judge Taylor's Order to Show Cause. (ECF Nos. 14, 20, 22, 24, 26-28).

Magistrate Judge Taylor issued a Report and Recommendation in which, after considering and weighing the *Poulis*[1] factors, she recommended dismissal of the case without prejudice due to Nilsen's failure to prosecute. (ECF No. 29). Nilsen was provided the opportunity to file objections, and no objections have been filed.

AND NOW, this 2nd day of November 2026, the Court hereby ADOPTS Magistrate Judge Taylor's Report and Recommendation as its Opinion. It concurs with her thorough legal analysis and conclusions. The Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE for Plaintiff's failure to prosecute and comply with Court orders.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

[1] In *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), the United States Court of Appeals for the Third Circuit set forth a six-factor balancing test to guide a district court in determining whether a case should be dismissed for failure to prosecute.